UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNIE HERNANDEZ,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>FAMILY DOLLAR STORES OF NEW YORK, INC.,<br><br>                    Defendant. | 20 Civ. 7888 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The conference in this matter scheduled for April 1, 2021, at 2:00 p.m., is hereby CONVERTED to a telephonic conference. The dial-in information is as follows: At 2:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:00 p.m.

SO ORDERED.

Dated:   March 29, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge