UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNIE HERNANDEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>FAMILY DOLLAR STORES OF NEW YORK, INC.,<br><br>　　　　　　　　Defendant. | 20 Civ. 7888 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

　　Earlier today, there was a conference in this matter, at which conference Plaintiff was granted leave to move for summary judgment. As discussed at the conference, the parties are directed to adhere to the following briefing schedule: Plaintiff's opening papers are due on or before April 30, 2021; Defendant's opposing papers are due on or before June 1, 2021; and Plaintiff's reply is due on or before June 15, 2021.

　　SO ORDERED.

Dated:　　April 1, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge